# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MPJ, MY PERSONAL JET, A.V.V., | § | |
| *Plaintiff*, | § § § | |
| v. | § | Civil Action No. SA-09-CV-693-XR |
| AERO SKY, L.L.C., | § § § | |
| *Defendant*. | § | |

## JUDGMENT

The Court issues this judgment pursuant to its order dated November 30, 2009. The Court confirmed the Amended Award, Including Findings of Fact and Conclusions of Law issued on August 20, 2009, in San Antonio, Texas, by the Honorable John J. Specia, Jr., the arbitrator in the arbitration proceeding between MPJ, My Personal Jet, A.V.V. and Aero Sky, L.L.C.

It is therefore, ORDERED, ADJUDGED, AND DECREED, that MPJ, My Personal Jet, A.V.V. recover from Aero Sky, L.L.C., as follows:

1. The sum of $499,058.66, as awarded to MPJ in the Award, which includes:

    a. Actual damages in the amount of $275,061.06;

    b. Pre-judgment interest from June 8, 2006, through July 17, 2009, in the amount of $42,766.34;

    c. Attorney's fees through the date of the Award in the amount of $171,231.26; and

    d. Expert witness fees in the amount of $10,000;

2. Additional attorney's fees in connection with the confirmation of the Award and in the amount of $15,000; and

3. Interest in the entire judgment from the date of judgment until paid at the rate of five percent (5%) per annum.

All costs are assessed against Aero Sky, and all writs necessary to the enforcement of this judgment shall issue without further order of the Court.

It is so ORDERED.

SIGNED this 2nd day of December, 2009.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE